**ORIGINAL**

# In the United States Court of Federal Claims

No. 17-910C

(Filed: August 24, 2017)

```
*******************************
                              *
RICHARD LEE BATES,            *
                              *
              Plaintiff,      *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
              Defendant.      *
                              *
*******************************
```

**FILED**
AUG 24 2017
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

On July 31, 2017, this Court ordered Mr. Bates to pay the filing fee associated with this case by August 15, 2017. Further, this Court informed Mr. Bates that failure to comply with the order would result in the dismissal of his complaint for failure to prosecute under Rule 41 of this Court. Dkt. No. 7. As of this date, Mr. Bates has not paid his filing fee. Therefore, the Clerk is directed to dismiss Mr. Bates' complaint without prejudice for failure to prosecute.

IT IS SO ORDERED.

_____
THOMAS C. WHEELER
Judge

7012 3460 0001 7791 8156